554

September 12, 1980.

429 A.2d 57

Alleman et ux., et al., Appellants, v. McGlynn et al.

Submitted December 6, 1979.   Stephen Cohen, for appellants;  Robert E. Kelly, Deputy Attorney General, for appellees.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.

429 A.2d 57

Allinder, Appellant, v. McLean.

Argued April 14, 1980.   Mark A. Hruska, for appellant;  Bruce R. Martin, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The judgment of the lower court is affirmed.